**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/speedengineering/reel/C8HvoqMJKjm/



**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.facebook.com/reel/1406211676753052

