1  Craig Sanders, Esq. (Cal Bar 284397)
   SANDERS LAW GROUP
2  333 Earle Ovington Blvd, Suite 402
   Uniondale, NY 11553
3  Tel: (516) 203-7600
   File No.: 130569
4
   *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| Reed Timmer, | Case No. 1:25-cv-00408-KES-EPG |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. Erica P. Grosjean |
| Speed Engineering & Performance Corporation, | Complaint Filed: April 9, 2025 |
| Defendant. | |

//
//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Reed Timmer ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: June 20, 2025

**SANDERS LAW GROUP**

By:   /s/ Craig Sanders
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 130569
*Attorneys for Plaintiff*

Case No. 1:25-cv-00408-KES-EPG

NOTICE OF SETTLEMENT